## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-00002 |
| | ) | Judge Trauger |
| [1] RICKEY E. DAVIS, JR., | ) | |

### O R D E R

It is hereby **ORDERED** that the government shall respond to the defendant's Motion For Sentence Reduction Under 18 U.S.C. § 3582(C)(2) (Docket No. 150) by July 20, 2012.

It is so **ORDERED**.

ENTER this 9th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge