IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 1:09-00002 |
| | ) | Judge Trauger |
| | ) | |
| [1] RICKEY E. DAVIS, JR., | ) | |

## O R D E R

The Probation Office prepared a Supplement to the Presentence Report on February 28, 2012, before subsequent Supreme Court and Sixth Circuit Court of Appeals decisions that the government concedes make this defendant eligible for relief under the Retroactive Crack Cocaine Amendment. It is therefore **ORDERED** that the Probation Office shall prepare and transmit to the court, with copies to counsel for the parties, a revised supplement to the Presentence Report that recalculates the defendant's sentence under the Retroactive Crack Cocaine Amendment. Upon receipt of the revised supplement, the parties are requested to confer to see if there is an agreement as to the re-sentencing and as to whether or not the defendant waives his right to be present at the re-sentencing.

It is so **ORDERED**.

ENTER this 6th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge